IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ohio Casualty Insurance Company,    :
:
        Plaintiff(s),    :
:    Case Number: 1:09cv70
   vs.    :
:    Chief Judge Susan J. Dlott
C & C Trucking of Duncan, SC, Inc., et. al.,    :
:
        Defendant(s).    :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman filed on June 24, 2010 (Doc. 31), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 15, 2010 , hereby ADOPTS said Report and Recommendation.

Accordingly, the Clerk disperses $5,280, plus any applicable interest from the registry of the Court to Suntek Transport Group.

The Clerk disperses $3,800, plus applicable interest from the registry of the Court to ZT Enterprises.

This case is TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                              s/Susan J. Dlott
                                              Chief Judge Susan J. Dlott
                                              United States District Court plus any