IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Ohio Casualty Insurance Company, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:09cv70 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| C&C Trucking of Duncan SC, Inc., et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on April 2, 2010 (Doc. 24), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 22, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, Plaintiff's motion to pay funds into the Court and for release and discharge (Doc. 14) is **GRANTED.**

The Clerk accepts and deposits into the Registry of the Court $8,660.00, and promptly and properly invest said monies as provided by S.D. Ohio Civ. R. 77.2.

Upon the deposit of the funds, Plaintiff is released and discharged under the Property Broker's Surety Bond agreement, and therefore is **DISMISSED** as a party from this action.

IT IS SO ORDERED.

    s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court